UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL DUDGEON,<br><br>       Petitioner,<br><br> v.<br><br>BERNARD WARNER,<br><br>       Respondent. | No. C12-6039 RJB/KLS<br><br>ORDER DENYING MOTION TO STAY |

  Before the Court is Petitioner Cecil Dudgeon's Motion to Stay Proceedings. ECF No. 8. Mr. Dudgeon asks that the Court stay these proceedings for ninety days while he transitions after being released from confinement at the Special Commitment Center. *Id.* In a separate Report and Recommendation, the undersigned is recommending that Mr. Dudgeon's § 2241 petition for mandamus be dismissed. Mr. Dudgeon will have ample opportunity to respond to the Report and Recommendation. Therefore, the motion to stay is rendered moot.

  Accordingly, it is **ORDERED:**

  (1) Petitioner's motion to stay (ECF No. 8) is **DENIED.**

  (2) The Clerk is directed to send copies of this Order to Petitioner.


  **DATED** this 28th day of March, 2013.

                 */s/ Karen L. Strombom*
                 Karen L. Strombom
                 United States Magistrate Judge

ORDER - 1